ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
199 Figueroa Street, 3rd Floor
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Jose Flores-Araiza

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOSE FLORES-ARAIZA,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CASE NO. CV-14-05849-SH<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for Award of Fees under the Equal Access to Justice Act ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of TWO-THOUSAND THREE-HUNDRED FIFTY DOLLARS AND NO CENTS ($2,350.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: February 13, 2015

*/s/ Stephen Hillman*

UNITED STATES MAGISTRATE JUDGE

1